IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-mj-479 |
| | ) | |
| DANIEL I. BLAKENEY MOORE, | ) | Court Date: 8/25/2025 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1121987)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 22, 2025, at Marine Corps Base Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DANIEL I. BLAKENEY MOORE, drove and operated a motor vehicle while his driver's license was suspended.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-301.)

Respectfully submitted,
Erik S. Siebert
United States Attorney

By: _____/s/_____
Richard Krupczak
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: Richard.krupczak@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on August 18, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Richard Krupczak
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: Richard.krupczak@usdoj.gov